In the Matter of the Investigation of RADIO STATION
WNYC.
SPECIAL COMMITTEE OF THE COUNCIL OF THE CITY OF NEW
YORK, Respondent; MORRIS NOVIK, Appellant.

Argued February 28, 1939; decided April 4, 1939.

*William C. Chanler*, Corporation Counsel (*Frederick vP. Bryan* and *Samuel J. Silverman* of counsel), for appellant.

*Maurice Hellman* and *Robert Daru* for respondent.

*Richard J. Barry* for Special Committee of City Council Investigating Relief, *amicus curiæ*.

Order affirmed, with costs; no opinion. `

Concur: CRANE, Ch. J., LEHMAN, O'BRIEN, HUBBS, LOUGHRAN, FINCH and RIPPEY, JJ.